# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
ANTHONY MORRIS
v.
C.P.O. Brendan Corcoran, Star #8261, et al.

Case Number:
FILED: JULY 19, 2008
08 cv 4102
JUDGE CONLON
MAGISTRATE JUDGE SCHENKIER
JH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ANTHONY MORRIS

| | |
|---|---|
| NAME (Type or print) Jeffrey J. Neslund | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Jeffrey J. Neslund | |
| FIRM  Law Offices of Jeffrey J. Neslund | |
| STREET ADDRESS  150 North Wacker Drive, Suite 2460 | |
| CITY/STATE/ZIP  Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6215115 | TELEPHONE NUMBER  (312) 223-1100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |